**FILED - KZ**
November 18, 2015 4:03 PM

CLERK OF CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
bd_____ Scanned by _____ 11-19

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT

**1:15-cv-1203**
**Janet T. Neff**
**U.S. District Judge**

Melindia Jackson
General Delivery
Dimondale, MI 48821
Phone Number 734 787-7224

Plaintiff/ Pro Se


Auto Club/Member Select Insurance Company/Group
       Opdyke Rd
Auburn Hills, Michigan


Defendant


Notice of Discrimination for Disability under the ADA Act in Federal Court


Sign _Melindia Jackson_____   Date _11-18-15_____

Complaint

I plaintiff have filed a complaint against this insurance company for discriminating against me for having a prior accident to this recent accident.  Defendant knew of this and had my old file and instead I was denied service under the ADA act federal title.  I was denied the benefit that I had paid into.  The defendant instead has fraudulently pretend to not have my old file which was with this company when I had my original accident in the 1980's.  Plaintiff has been harassed and retaliated against instead and denied service to get medical treatment and services as entitled to under the contact provisions.

Resolution

I'm asking for $100,000.00. I tried to work this out with the company and I had called the attorney who works at AAA/ Member Select Insurance Group; instead it was dismiss, the new claim and injury which the attorney and the adjusters had this knowledge and information of this.   I was denied medical treatment and service relating to this injury.

Sign _Melindia Jackson_      Date_ 11- 18- 15 _____