UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


MELINDIA JACKSON,

      Plaintiff,                            Case No. 1:15-cv-1203

v                                    HON. JANET T. NEFF

AUTO CLUB/MEMBER SELECT
INSURANCE GROUP,

      Defendant.

_____/


## JUDGMENT

    In accordance with the Opinion and Order entered this date:

    **IT IS HEREBY ORDERED** that the Complaint is DISMISSED, and this case is CLOSED.


Date: July 14, 2016                 /s/ Janet T. Neff
                                      JANET T. NEFF
                                    United States District Judge